IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASA SEMBE GOUDIABY,<br><br>Defendant. | CR 22–17–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Asa Sembe Goudiaby's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 30.) The motion requests a fourteen-day extension of the motions deadline to May 6, 2022, because further review of discovery and further investigation are required to prepare potential pretrial motions. (*Id.* at 1–2.) The United States does not object. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED. The motions deadline is VACATED and RESET for May 6, 2022. The Court's previous Scheduling Order (Doc. 27) otherwise remains in full force and effect.

DATED this 22nd day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court