IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–17–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ASA SEMBE GOUDIABY, | |
| Defendant. | |

Before the Court is the parties' Joint Motion to Allow Testimony Via Video. (Doc. 89.)  The motion requests an order permitting witness Chelsea Pridemore to testify via video because she lives in Billings and lacks reliable transportation to attend sentencing in person.  (*Id.* at 2.)

IT IS ORDERED that the motion (Doc. 89) is GRANTED.  Chelsea Pridemore may testify via Zoom.  The Clerk of Court will notify counsel via e-mail of the meeting ID and password.  Zoom Guidance and Setup are available at https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 24th day of October, 2022.

Dana L. Christensen, District Judge
United States District Court