IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–17–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ASA SEMBE GOUDIABY, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Allow Testimony Via Video. (Doc. 94.) The motion requests an order permitting witness Angela DeShano to testify via video because she lives in Bozeman and is having transportation issues. (*Id.* at 1.)

IT IS ORDERED that the motion (Doc. 94) is GRANTED. Angela DeShano may testify via Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password. Zoom Guidance and Setup are available at https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 26th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court