IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–17–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ASA SEMBE GOUDIABY, | |
| Defendant. | |

Before the Court is Defendant Asa Sembe Goudiaby's Unopposed Motion to Notice Untimely Witness and for Remote Appearance at Sentencing. (Doc. 96.) The motion requests an order permitting James Brancamp to be permitted to testify despite untimely notice because he contacted Mr. Goudiaby's counsel after the deadline to notice witnesses, and the motion requests leave to allow Mr. Brancamp to testify remotely. (*Id.* at 1–2.)

IT IS ORDERED that the motion (Doc. 96) is GRANTED. James Brancamp may testify at the sentencing hearing and may testify via Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password. Zoom Guidance and Setup are available at https://www.mtd.uscourts.gov/zoom-hearings.

1

DATED this 27th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court